```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 07 B 08153
    DEBRA J HUNT
                                                CHAPTER 13

                                                JUDGE: JACQUELINE P COX

        Debtor
    SSN XXX-XX-6330


-------------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
      The case was filed on 05/04/2007 and was confirmed 08/20/2007.

      The plan was confirmed to pay secured creditors 100% and unsecured
creditors   8.00%.

      The case was dismissed after confirmation 12/10/2007.
-------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT        INTEREST        PRINCIPAL
                                                                 PAID            PAID
-------------------------------------------------------------------------------
AMC MORTGAGE SERVICES IN CURRENT MORTG        .00                  .00              .00
AMC MORTGAGE SERVICES IN MORTGAGE ARRE        .00                  .00              .00
FORD MOTOR CREDIT        SECURED VEHIC    5805.05                39.76          1200.93
FORD MOTOR CREDIT        UNSECURED       NOT FILED                 .00              .00
INTERNAL REVENUE SERVICE PRIORITY        32700.67                  .00              .00
INTERNAL REVENUE SERVICE UNSECURED       47784.98                  .00              .00
ASSOCIATE AREA COUNSEL   NOTICE ONLY     NOT FILED                 .00              .00
D PATRICK MULLARKEY      NOTICE ONLY     NOT FILED                 .00              .00
US ATTORNEYS OFFICE      NOTICE ONLY     NOT FILED                 .00              .00
ROBERT J ADAMS & ASSOC   PRIORITY        NOT FILED                 .00              .00
CAPITAL ONE              UNSECURED         470.79                  .00              .00
CITY OF HARVEY           NOTICE ONLY     NOT FILED                 .00              .00
LVNV FUNDING LLC         UNSECURED         335.33                  .00              .00
FIRST PREMIER BANK       UNSECURED       NOT FILED                 .00              .00
FIRST SAVINGS CREDIT CAR UNSECURED       NOT FILED                 .00              .00
JEWEL FOOD STORES INC    UNSECURED       NOT FILED                 .00              .00
HSBC NV                  UNSECURED       NOT FILED                 .00              .00
HOMEWOOD DISPOSAL SERVIC UNSECURED       NOT FILED                 .00              .00
ASPIRE                   UNSECURED       NOT FILED                 .00              .00
COMMONWEALTH EDISON      UNSECURED       NOT FILED                 .00              .00
ILLINOIS DEPT OF HUMAN S UNSECURED       NOT FILED                 .00              .00
ILLINOIS DEPT OF HUMAN S UNSECURED       NOT FILED                 .00              .00
NICOR GAS                UNSECURED        1892.60                  .00              .00
NICOR GAS                UNSECURED       NOT FILED                 .00              .00
VILLAGE OF HAZEL CREST   UNSECURED         445.00                  .00              .00
ROBERT J SEMRAD & ASSOC  NOTICE ONLY     NOT FILED                 .00              .00
SECRETARY OF STATE       NOTICE ONLY     NOT FILED                 .00              .00
SIMON CHARLES LTD        UNSECURED       NOT FILED                 .00              .00
VILLAGE OF HAZEL CREST   NOTICE ONLY     NOT FILED                 .00              .00
INTERNAL REVENUE SERVICE SECURED          4725.00                  .00           174.73
ASSET ACCEPTANCE LLC     UNSECURED         303.44                  .00              .00
ROBERT J ADAMS & ASSOC   DEBTOR ATTY     3,206.33                                   .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 07 B 08153 DEBRA J HUNT
```

```
TOM VAUGHN                    TRUSTEE                                    104.91
DEBTOR REFUND                 REFUND                                        .00

     Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                         RECEIPTS           DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                  1,520.33

PRIORITY                                              .00
SECURED                                          1,375.66
   INTEREST                                         39.76
UNSECURED                                             .00
ADMINISTRATIVE                                        .00
TRUSTEE COMPENSATION                               104.91
DEBTOR REFUND                                         .00
                       ---------------    ---------------
TOTALS                   1,520.33            1,520.33
```

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
     Dated: 03/26/08              _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE